IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC SCHREIBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 02-2134 |
| | ) Judge Alan N. Bloch/ |
| WILLIAM F. WARD, Chairman, | ) Mag. Judge Amy Reynolds Hay |
| RICHARD A. KIPP, | ) |
| BENJAMIN A. MARTINEZ, | ) |
| SEAN R. RYAN, BARBARA K. DESCHER, | ) |
| GARY R. LUCHT, LLOYD A. WHITE, | ) |
| MICHAEL M. WEBSTER, ALLEN CASTOR, | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 6th day of March, 2006, after the petitioner, Eric Schreiber, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the habeas corpus petition is dismissed for failure to prosecute;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

Alan N. Bloch
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

```
Eric Schreiber
AP-4902
SRCF Mercer
801 Butler Pike
Mercer, PA 16137

Robert S. Englesberg,
Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
```